**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
E-mail: tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
E-mail: abacon@toddflaw.com
21550 Oxnard St., Suite 780
Woodland Hills, California 91367
Telephone: 866-598-5042
Facsimile: 866-633-0228

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jordan Beal, individually and on behalf of all others similarly situated;<br>Plaintiff,<br>v.<br>G.W. Golden Enterprises Inc. doing business<br>as 1st Platinum Realty,<br>　　　　　Defendants. | No. 3:20-cv-02288-JLS-BGS<br><br>**NOTICE OF RESOLUTION** |

　　　Plaintiff Jordan Beal ("Plaintiff"), for himself and on behalf of Defendant G.W. Golden Enterprises Inc. D/B/A 1st Platinum Realty, ("Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby inform the Court that the Parties have reached a resolution of the Parties' differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

| | | |
|---|---|---|
| | | Respectfully Submitted, |
| Dated: | April 12, 2021 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| | | By:/s/ Todd M. Friedman |
| | | Todd M. Friedman |
| | | *Attorney for Plaintiff* |
| Dated: | April 12, 2021 | By:/s/ Thomas E. Francis |
| | | Thomas E. Francis |
| | | *Attorney for Defendant* |

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained counsel's authorization to affix counsel's electronic signature to this document.

Dated: April 12, 2021    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: _s/Todd M. Friedman
**TODD M. FRIEDMAN, ESQ.**
**Attorney for Plaintiff**

**CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 12, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated:   April 12, 2021

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:/s/ Todd M. Friedman
Todd M. Friedman
*Attorney for Plaintiff*