Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jordan Beal, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> G.W. Golden Enterprises Inc. doing business as 1st Platinum Realty, <br><br> Defendant. | Case No. **20−cv−02288-JLS-BGS** <br><br> **JOINT MOTION TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

    NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff and without prejudice as to the putative class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court via email.

Dated**:** May 18, 2021.

                                          **Law Offices of Todd M. Friedman, P.C.**
                                          By: <u>s/ Todd M. Friedman</u>
                                                 Todd M. Friedman, Esq.
                                                 Attorney for Plaintiff

Dated:   May 18, 2021                By:/s/ Thomas E. Francis
                                     Thomas E. Francis
                                     *Attorney for Defendant*

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated: May 18, 2021    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: _s/Todd M. Friedman
**TODD M. FRIEDMAN, ESQ.**
**Attorney for Plaintiff**

1  Filed electronically on this 18th Day of May, 2021, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Judge Janis L. Sammartino
   United States District Court
6  SOUTHERN DISTRICT of California

7
   And all Counsel of Record as recorded on the Electronic Service List.
8

9
   This 18th Day of May, 2021
10

11                          By: s/ Todd M. Friedman Esq.
                                TODD M. FRIEDMAN
12