UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BEAL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>G.W. GOLDEN ENTERPRISES INC., doing business as 1st Platinum Realty,<br><br>　　　　　　　　　　　　　Defendant. | Case No.: 20-CV-2288 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>(ECF No. 8) |

　　　Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice as to Plaintiff and Without Prejudice as to the Putative Class ("Joint Mot.," ECF No. 8). Good cause appearing, the Court **GRANTS** the Joint Motion. The Court **DISMISSES** the entire action **WITH PREJUDICE** as to Plaintiff Jordan Beal and **WITHOUT PREJUDICE** as to the putative class. As agreed by and between the Parties, each shall bear its own costs and expenses.

　　　**IT IS SO ORDERED.**

Dated: May 19, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge